**Commander Timothy R. QUINTON, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 05–5130.

United States Court of Appeals, Federal Circuit.

Aug. 9, 2005.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**ZOMAX OPTICAL MEDIA, INC., Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 05–1416.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2005.

*ORDER*

Upon consideration of the unopposed motion of the United States to remand this case to the Court of International Trade, 1:00–CV–00104,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.